263 So.2d 181

**In re John Ellis INGRAM**

**v.**

**STATE.**

**Ex parte John Ellis Ingram.**

**4 Div. 439.**

Supreme Court of Alabama.

June 1, 1972.

Wade H. Baxley, Dothan, for petitioner.

No brief filed for the State.

BLOODWORTH, Justice.

Petition of John Ellis Ingram for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Ingram v. State, 263 So.2d 179.

Writ denied.

HEFLIN, C. J., and COLEMAN, MADDOX and McCALL, JJ., concur.